UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA S. MATTHEWS,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS STATIONARY ENGINEERS LOCAL 39, et al.,<br><br>    Defendants. | Case No.  15-cv-03926-EDL<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

At the January 19, 2016 Case Management Conference, the Court set the following case management dates:

1. The last day to join other parties or amend the pleadings shall be April 12, 2016.
2. Plaintiff's motion for summary judgment is due February 9, 2016.
3. Defendants' opposition and cross-motion are due February 23, 2016.
4. Plaintiff's opposition and reply are due March 8, 2016.
5. Defendants' sur-reply is due March 15, 2016.
6. The date for hearing the cross-motions for summary judgment shall be March 29, 2016 at 9:00 a.m.

Dated: January 20, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge