UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA S. MATTHEWS,<br><br>            Plaintiff,<br><br>     v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS - STATIONARY ENGINEERS LOCAL 39, et al.,<br><br>            Defendants. | Case No.  15-cv-03926-EDL<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

This matter is hereby REFERRED to a Magistrate Judge for a settlement conference to occur within thirty (30) days if possible.

**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge