1

Gary R. Selvin, State Bar No. 112030
SELVIN WRAITH HALMAN LLP

2

505 14th Street, Suite 1200
Oakland, CA 94612

3

Telephone:     (510) 874-1811

4

Facsimile:     (510) 465-8976
E-mail:  gselvin@selvinwraith.com

5

6

Attorneys for Plaintiff
VICTORIA S. MATTHEWS

7

8                    IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

10

11    VICTORIA S. MATTHEWS,                         CASE NO.: 3:15-cv-03926-EDL

12              Plaintiff,                          *Case Assigned To: Magistrate Judge
                                                    Elizabeth D. Laporte, Courtroom E, 15th Fl.*

13         v.

14                                                  **STIPULATION FOR DISMISSAL
      INTERNATIONAL UNION OF OPERATING              PURSUANT TO F.R.C.P.**

15    ENGINEERS STATIONARY ENGINEERS                **RULE 41(a)(1)(A)(ii) AND (~~PROPOSED~~)**
      LOCAL 39; LOCAL 39 HEALTH AND                 **ORDER**

16    WELFARE PLAN; AND STATIONARY
      ENGINEERS LOCAL 39 HEALTH AND                 Complaint Filed:  August 27, 2015

17    WELFARE TRUST FUND,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

**Stipulation for Dismissal & (Proposed) Order**                    **CASE NO.: 3:15-cv-03926-EDL**

1    Plaintiff VICTORIA S. MATTHEWS and Defendants LOCAL 39 HEALTH AND

2  WELFARE PLAN AND STATIONARY ENGINEERS LOCAL 39 HEALTH AND WELFARE

3  TRUST FUND, by and through their counsel of record, hereby stipulate that the case has settled.

4  Therefore, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby

5  stipulate to a dismissal with prejudice and respectfully request the Court enter an order dismissing the

6  action with prejudice.

7  Dated:  October 18, 2016                    WEINBERG, ROGER & ROSENFELD, APC

8

9                                              By: */s/ Linda Baldwin Jones - authorized by email*

10                                                 Linda Baldwin Jones
                                                   Patricia A. Davis

11                                                 Roberta D. Perkins
                                                   Attorneys for Defendants

12                                                 LOCAL 39 HEALTH AND WELFARE PLAN
                                                   AND STATIONARY ENGINEERS LOCAL 39

13                                                 HEALTH AND WELFARE TRUST FUND

14

15 Dated:  October 18, 2016                    SELVIN WRAITH HALMAN LLP

16

17                                             By: */s/ Gary R. Selvin*

18                                                 Gary R. Selvin
                                                   Attorneys for Plaintiff

19                                                 VICTORIA S. MATTHEWS

20

21    Based upon the Stipulation of the parties, the Court hereby dismisses the above-captioned

22 matter with prejudice.

23    **IT IS SO ORDERED.**

24   10/19/2016

25

26

27 210203.doc                                 Magistrate Judge Elizabeth D. Laporte

28

---

1

**Stipulation for Dismissal & (Proposed) Order**              **CASE NO.: 3:15-cv-03926-EDL**